# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No.    19 - 0 5 5 9 JMC |
| Certain Cell Towers | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached hereto and incorporated herein by reference.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 (a) | Affecting Interstate Commerce by Robbery |

FILED ___ ENTERED
LOGGED ___ RECEIVED

FEB 2 5 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brendan Plasha Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/12/19

_____
Judge's signature

City and state:  Baltimore, Maryland

J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENTS

FILED_____ ENTERED
LOGGED_____ RECEIVED

FEB 2 5 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

15

19 - 0 5 5 9 JMC

# ATTACHMENT A

## I.    The Cell Towers

This warrant applies to certain records and information associated with the following

cellular telephone towers ("Cell Towers") during a particular timeframe between May 25, 2018

and September 1, 2018.  Specifically, the warrant requires the Service Providers to produce all

transactional and subscriber records pertaining to cellular telephone calls and direct connect

information, received by or transmitted from cellular telephone towers during the below times

and at the below locations:

| II.    Date | Time | Cell Towers |
|---|---|---|
| 5/25/2018 | 7:30pm – 11:30pm EST | Cell Towers near 1720 E. Joppa Rd, Parkville, MD 21234 |
| 6/10/2018 | 6:30pm – 10:30pm EST | Cell Towers near 1725 Taylor Ave, Parkville, MD 21234 |
| 6/20/2018 | 7:00pm – 11:00pm EST | Cell Towers near 1830 York Rd, Lutherville-Timonium, MD 21093 |
| 6/20/2018 | 7:00pm – 11:00pm EST | Cell Towers near 51 E. Padonia Rd, Lutherville-Timonium, MD 21093 |
| 6/20/2018 | 8:00pm – 11:59pm EST | Cell Towers near 833 Taylor Ave, Towson, MD 21286 |
| 7/10/2018 | 9:00pm – 11:59pm EST | Cell Towers near 1700 Yakona Rd, Baltimore City, MD 21234 |
| 7/11/2018 | 8:00pm – 11:59pm EST | Cell Towers near 8625 Walther Blvd, Baltimore City, MD 21236 |
| 7/11/2018 | 8:00pm – 11:59pm EST | Cell Towers near 8625 Walther Blvd, Baltimore City, MD 21236 |
| 7/18/2018 | 9:00pm – 11:59pm EST | Cell Towers near 7732 Harford Rd, Parkville, MD 21234 |
| 7/20/2018 | 4:00pm – 8:00pm EST | Cell Towers near 8601 Smallwood, Rivier Beach, MD 21226 |

FEB 2 5 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

| | | |
|---|---|---|
| 7/22/2018 | 12:01am – 3:30am EST | Cell Towers near 8300 Veterans Highway, Millersville, MD 21108 |
| 7/26/2018 | 4:00pm – 8:00pm EST | Cell Towers near 1700 Taylor Ave, Parkville, MD 21234 |
| 8/18/2018 | 8:00pm – 11:59pm EST | Cell Towers near 3301 E Joppa Rd, Parkville, MD 21234 |
| 8/21/2018 | 8:00pm – 11:59pm EST | Cell Towers near 3611 Washington Blvd, Halethorpe, MD 21227 |
| 8/25/2018 | 9:00pm – 11:59pm EST | Cell Towers near 6901 Security Blvd, Baltimore City, MD 21207 |
| 8/28/2018 | 9:00pm – 11:59pm EST | Cell Towers near 1004 Taylor Ave, Towson, MD 21286 |
| 9/01/2018 | 9:00pm – 11:59pm EST | Cell Towers near 6370 York Rd, Baltimore, MD 21212 |

## III.    Records and Other Information to Be Disclosed

For each cell tower described in Part I of this Attachment, the Service Providers named in the Order are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made using the cell tower during the corresponding timeframe(s) listed in Part I, including the records that identify:

A.    the telephone call number and unique identifiers for each wireless device in the vicinity of the tower ("the locally served wireless device") that registered with the tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), and International Mobile Equipment Identities ("IMEI");

19 - 0 5 5 9 JMC

B.    the source and destination telephone numbers associated with each
      communication (including the number of the locally served wireless device and
      the number of the telephone that called, or was called by, the locally served
      wireless device);

C.    the date, time, and duration of each communication;

D.    the "sectors" (i.e., the faces of the towers) that received a radio signal from each
      locally served wireless device; and

E.    the type of communication transmitted through the tower (such as phone call or
      text message).

These records should include records about communications that were initiated before or
terminated after the specified time period, as long as part of the communication occurred during
the relevant time period identified in Part I.